■ In the Matter of STEVEN WINSTON, a Suspended Attorney.—Motion for reinstatement granted only insofar as to refer this matter to the Departmental Disciplinary Committee for a hearing, and respondent's application for reinstatement is held in abeyance pending receipt by this court of the report of the Departmental Disciplinary Committee and the further order of this court. Concur—Kupferman, J. P., Carro, Kassal, Wallach and Smith, JJ.